HGD

1983 Form

# In the United States District Court
# For the Northern District of Alabama

Gregory Eddins

CV-14-HA-0067-S

(Enter above the full name(s) of the
plaintiff(s) in this action.)

v

State of Alabama

(Enter above full name(s) of the
defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes (X)   No ( )

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiff(s): Gregory James Eddins
         Defendant(s) State of Alabama

      2. Court (if Federal Court, name the district; if State Court, name the county)
         Circuit Court, Madison County

      3. Docket Number not yet assigned

      4. Name of judge to whom case was assigned Judge not assigned yet.

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _____

   A. Is there a prisoner grievance procedure in this institution?
      Yes (✓)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes (✓)   No ( )

   C. If your answer is YES:

      1. What steps did you take? _____

      _____

      2. What was the result? _____

      _____

      _____

   D. If your answer is NO, explain why not? _____

   _____

   _____

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) Gregory Eddins
      Donaldson Correctional facility 100 Warrior lane
      Bessemer, Alabama 35023 N-dorm bed
      Address 66A

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B.  Defendant _State of ALabama_

   is employed as _____

   at _____

C.  Additional Defendants _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

The health care provider here at Donaldson Correctional facility has failed to provide me with proper health care, by refusing to treat me for an illness I believe to be diabetis an illness which could take my life, cause me to loose a limb, or go blind. I am being treated cruely and unusual. I am being discriminated against, because of the crime which I have been sent to prison for, and their behavior is illegal.

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am asking for Judicial inquiry, for the Court to force the State to properly treat me for this illness, or release me from prison, for the State to put a system in place to keep this from happening again and for the Maximum Compensatory damages awarded by law for my pain and suffering. I also want the Court to force the state of AL to send me to an healthcare facility outside of the penal institution to be tested for this illness.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/6/14
(date)

*Gregory James Eddins*

Signature(s)

- 4 -